No. 901. SOUTHERN PACIFIC COMPANY ET AL. *v.* OLYMPIAN DREDGING COMPANY. June 1, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Ninth Circuit granted. *Mr. E. J. Foulds* and *Mr. Elmer Westlake* for petitioners. *Mr. Thomas E. Haven* for respondent.